Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−34498−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul G Kern
   9 Kingsbridge Road
   Gibbsboro, NJ 08026

Social Security No.:
   xxx−xx−5044

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 7, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 16
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 16). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/6/2018. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 7, 2018
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Paul G Kern  
    Debtor

Case No. 17-34498-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 07, 2018  
                 Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.  
aty            +RAS Citron LLC,    130 Clinton Rd #202,    Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:

         Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-23, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-23 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
         Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Laura M. Egerman    on behalf of Creditor    Federal National Mortgage Association (FANNIE MAE) bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Rebecca Ann Solarz    on behalf of Creditor    E*Trade Bank rsolarz@kmllawgroup.com  
         Robert Manchel    on behalf of Debtor Paul G Kern manchellaw@yahoo.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                       TOTAL: 8