Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, New Jersey 08053
(856) 797-1500
Robert Manchel
RM 1141
Attorney For Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: Paul G. Kern                    :           CASE NO. 17-34498JNP
                                       :           CHAPTER 13

PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C., SECTION 1325 (a)(8) AND (a)(9)

I, Paul G. Kern, upon oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on February 7, 2018.

2. The above named debtor(s) are current with all of their post petition obligations.

3. The above named Debtor(s) has / have paid all post petition amounts that are required to be paid under any and all domestic support obligations.

4. The above named debtor(s) has / have filed all applicable federal, state and local tax returns, as required by 11 U.S.C., section 1308.

5. If the Confirmation Hearing date, stated in paragraph I, is adjourned for any reason, an updated certification will be filed with the court prior to any subsequent Confirmation hearing date, in the event any of the information contained in this certification changes.

6. If this certification is being signed by the debtor(s) counsel, counsel certifies that the debtor(s) were duly questioned about the statements in this certification and supplied answers consistent with this certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: _____          By:    /s/ Paul G. Kern, Debtor
                                               Paul G. Kern