UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Robert Manchel, Esquire
1 Eves Drive, Suite 111
Marlton, NJ 08053-3125
Attorney for Debtor
RM-1141
Telephone No. (856) 797-1500

**Order Filed on May 11, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Paul G. Kern

Case No.:           17-34498

Chapter:              13

Judge:                JNP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/6/2018_____ :

Property: ____9 Kingsbridge Road, Gibbsboro, NJ 08026_____

Creditor: ____Seterus Inc/Federal National Mortgage Association/Selene Finance____

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____August 5, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2