Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−34498−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul G Kern
   9 Kingsbridge Road
   Gibbsboro, NJ 08026

Social Security No.:
   xxx−xx−5044

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        11/8/18
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Robert Manchel, Debtor's Attorney

COMMISSION OR FEES
$1400.00

EXPENSES
$0.00.

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 5, 2018
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-34498-JNP
Paul G Kern                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Oct 05, 2018
                       Form ID: 137    Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.
```
db             +Paul G Kern,    9 Kingsbridge Road,    Gibbsboro, NJ 08026-1415
aty            +RAS Citron LLC,    130 Clinton Rd #202,    Fairfield, NJ 07004-2927
cr             +Federal National Mortgage Association (FANNIE MAE),    Robertson, Anschutz & Schneid, P. L.,
                 6409 Congress Avenue, suite 100,    Boca Raton, FL 33487-2853
517213395      +Anna Hileman,    331 Preston Ave.,    Voorhees, NJ 08043-1756
517213396      +Bank of America,    718 East Elm Ave.,    Clementon, NJ 08021-1115
517326438      +ETrade Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517213400      +Federal National Mortgage Association,    c/o RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517213401      +GARRISON PROPERTY AND CASUALTY INSURANCE,    9800 FREDERICKSBURG ROAD,
                 San Antonio, TX 78288-0001
517213402      +GOVERNMENT EMPLOYEES INS CO,    ONE GEICO PLAZA,    Washington, DC 20076-0003
517437782      +Jenelle C. Arnold,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
517291994      +M&T Bank,    PO BOX 1508,    Buffalo, New York 14240-1508
517213404      +Michelle Hileman,    331 Preston Ave.,    Voorhees, NJ 08043-1756
517213406      +NEW JERSEY MANUFACTURERS INS CO,    301 Sullivan Way,    PO Box 428,    Trenton, NJ 08628-0227
517213405      +Neal G. Hileman,    331 Preston Ave.,    Voorhees, NJ 08043-1756
517345241     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517213407      +Sean C. Dewalt,    26 Haines Ave.,    Berlin, NJ 08009-2311
517213408      +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
517213409      +Shoshana Kern,    4224 Hamilton Drive,    Voorhees, NJ 08043-3135
517213410       Specialized Loan Servicing LLC,    PO Box 636005,    Littleton, CO 80163-6005
517783018      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517783019      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517213411      +State of New Jersey Div. of Taxation,    Division of Taxation Compliance Activity,
                 Trenton, NJ 08646-0001
517290992      +TD Bank, N.A.,    Richard J. Tracy III Esquire,    30 Montgomery Street, Ste. 1205,
                 Jersey City, NJ 07302-3835
517570244      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
517570245      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146,    THE BANK OF NEW YORK MELLON,
                 Bayview Loan Servicing, LLC 33146-1837
517432693      +THE BANK OF NEW YORK MELLON,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
517290506       THE BANK OF NEW YORK MELLON,    c/o Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2018 00:03:25    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2018 00:03:19    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517213394      +E-mail/Text: EBNProcessing@afni.com Oct 06 2018 00:03:36    Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
517213397       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 06 2018 00:09:05    Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517213399      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 06 2018 00:03:03    Comenitycapital/biglot,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
517213403       E-mail/Text: camanagement@mtb.com Oct 06 2018 00:02:57    M&t Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
517318326      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2018 00:03:19    Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517322807       E-mail/Text: bnc-quantum@quantum3group.com Oct 06 2018 00:03:13
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517331399      +E-mail/Text: bkteam@selenefinance.com Oct 06 2018 00:02:35    Selene Finance, LP,
                 PO Box 422039,    Houston, TX 77242-4239
517215881      +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2018 00:08:21    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517213412       E-mail/Text: bankruptcy@td.com Oct 06 2018 00:03:28    Td Bank N.a.,    70 Gray Rd,
                 Portland, ME 04105
517752885      +E-mail/Text: bknotices@snsc.com Oct 06 2018 00:04:29
                 U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
```

```
District/off: 0312-1           User: admin               Page 2 of 2               Date Rcvd: Oct 05, 2018
                               Form ID: 137              Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517752886        +E-mail/Text: bknotices@snsc.com Oct 06 2018 00:04:29
                  U.S. Bank Trust National Association, as Trustee,   C/O SN Servicing Corp.,   323 5th Street,
                  Eureka, CA 95501,   U.S. Bank Trust National Association, as,
                  C/O SN Servicing Corp. 95501-0305
                                                                                                 TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517213398*    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
```
          Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-23,
           MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-23 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWMBS 2004-23) cwohlrab@logs.com, njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin M. Buttery    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    Federal National Mortgage Association (FANNIE MAE)
           bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
          Rebecca Ann Solarz    on behalf of Creditor    E*Trade Bank rsolarz@kmllawgroup.com
          Robert Manchel    on behalf of Debtor Paul G Kern manchellaw@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 10
```