| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Law Offices of Robert Manchel<br>Executive Center of Greentree<br>One Eves Drive, Suite 111<br>Marlton, NJ  08053<br>(856) 797-1500<br>Robert Manchel<br>RM 1141<br>Attorney for Debtor(s)<br>In Re:<br><br>Paul G. Kern | Order Filed on November 8, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| | Case No.:  17-34498 |
| | Chapter:  13 |
| | Judge:  Jerrold N. Poslusny |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Manchel, Esquire_____, the applicant, is allowed a fee of $ _____1400.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1400.00_____ . The allowance shall be payable:

  ☑ through the Chapter 13 plan as an administrative priority.

  ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____532.00_____ per month for _____50_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-34498-JNP
Paul G Kern                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1            Date Rcvd: Nov 08, 2018
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
db          +Paul G Kern,    9 Kingsbridge Road,    Gibbsboro, NJ 08026-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-23,
               MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-23 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2004-23) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Kevin M. Buttery    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Federal National Mortgage Association (FANNIE MAE)
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    E*Trade Bank rsolarz@kmllawgroup.com
              Robert Manchel    on behalf of Debtor Paul G Kern manchellaw@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11