Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−34498−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul G Kern
   9 Kingsbridge Road
   Gibbsboro, NJ 08026

Social Security No.:
   xxx−xx−5044

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/13/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 13, 2018
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Paul G Kern  
    Debtor

Case No. 17-34498-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Dec 13, 2018  
                     Form ID: 148     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.

```
db             +Paul G Kern,    9 Kingsbridge Road,    Gibbsboro, NJ 08026-1415
aty            +RAS Citron LLC,    130 Clinton Rd #202,    Fairfield, NJ 07004-2927
cr             +Federal National Mortgage Association (FANNIE MAE),    Robertson, Anschutz & Schneid, P. L.,
                 6409 Congress Avenue, suite 100,    Boca Raton, FL 33487-2853
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
517213395      +Anna Hileman,    331 Preston Ave.,    Voorhees, NJ 08043-1756
517213396      +Bank of America,    718 East Elm Ave.,    Clementon, NJ 08021-1115
517326438      +ETrade Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517213400      +Federal National Mortgage Association,    c/o RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517213401      +GARRISON PROPERTY AND CASUALTY INSURANCE,    9800 FREDERICKSBURG ROAD,
                 San Antonio, TX 78288-0001
517213402      +GOVERNMENT EMPLOYEES INS CO,    ONE GEICO PLAZA,    Washington, DC 20076-0003
517437782      +Jenelle C. Arnold,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
517291994      +M&T Bank,    PO BOX 1508,    Buffalo, New York 14240-1508
517213404      +Michelle Hileman,    331 Preston Ave.,    Voorhees, NJ 08043-1756
517213406      +NEW JERSEY MANUFACTURERS INS CO,    301 Sullivan Way,    PO Box 428,    Trenton, NJ 08628-0227
517213405      +Neal G. Hileman,    331 Preston Ave.,    Voorhees, NJ 08043-1756
517345241     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517213407      +Sean C. Dewalt,    26 Haines Ave.,    Berlin, NJ 08009-2311
517213408      +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
517213409      +Shoshana Kern,    4224 Hamilton Drive,    Voorhees, NJ 08043-3135
517213410       Specialized Loan Servicing LLC,    PO Box 636005,    Littleton, CO 80163-6005
517783018      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517783019      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517213411      +State of New Jersey Div. of Taxation,    Division of Taxation Compliance Activity,
                 Trenton, NJ 08646-0001
517290992      +TD Bank, N.A.,    Richard J. Tracy III Esquire,    30 Montgomery Street, Ste. 1205,
                 Jersey City, NJ 07302-3835
517570244      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
517570245      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146,    THE BANK OF NEW YORK MELLON,
                 Bayview Loan Servicing, LLC 33146-1837
517432693      +THE BANK OF NEW YORK MELLON,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:19     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517213394      +EDI: AFNIRECOVERY.COM Dec 14 2018 04:58:00     Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
517213397       EDI: CAPITALONE.COM Dec 14 2018 04:59:00     Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517213399      +EDI: WFNNB.COM Dec 14 2018 04:58:00     Comenitycapital/biglot,    3100 Easton Square Pl,
                 Columbus, OH 43219-6232
517213403       E-mail/Text: camanagement@mtb.com Dec 14 2018 00:39:46     M&t Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
517318326      +EDI: MID8.COM Dec 14 2018 04:58:00     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517322807       EDI: Q3G.COM Dec 14 2018 04:58:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517331399      +E-mail/Text: bkteam@selenefinance.com Dec 14 2018 00:39:25     Selene Finance, LP,
                 PO Box 422039,    Houston, TX 77242-4239
517215881      +EDI: RMSC.COM Dec 14 2018 04:59:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517213412       EDI: TDBANKNORTH.COM Dec 14 2018 04:59:00     Td Bank N.a.,    70 Gray Rd,    Portland, ME 04105
517290506       EDI: BANKAMER.COM Dec 14 2018 04:59:00     THE BANK OF NEW YORK MELLON,
                 c/o Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517827696      +E-mail/Text: bknotices@snsc.com Dec 14 2018 00:41:15     U.S. Bank Trust National Association,
                 as Trustee of the Tiki Series III Trust,    c/o SN Servicing Corporation,    323 Fifth Street,
                 Eureka, CA 95501-0305
```

```
District/off: 0312-1          User: admin              Page 2 of 2                    Date Rcvd: Dec 13, 2018
                              Form ID: 148             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517827697        +E-mail/Text: bknotices@snsc.com Dec 14 2018 00:41:15       U.S. Bank Trust National Association,
                   as Trustee of the Tiki Series III Trust,    c/o SN Servicing Corporation,    323 Fifth Street,
                   Eureka, CA 95501,    U.S. Bank Trust National Association 95501-0305
517752885        +E-mail/Text: bknotices@snsc.com Dec 14 2018 00:41:15
                   U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                   Eureka, CA 95501-0305
517752886        +E-mail/Text: bknotices@snsc.com Dec 14 2018 00:41:15
                   U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                   Eureka, CA 95501,    U.S. Bank Trust National Association, as,
                   C/O SN Servicing Corp. 95501-0305
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517213398*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-23,
               MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-23 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2004-23) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Kevin M. Buttery    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Federal National Mortgage Association (FANNIE MAE)
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    E*Trade Bank rsolarz@kmllawgroup.com
              Robert Manchel    on behalf of Debtor Paul G Kern manchellaw@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```